UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARTIN SALAZAR CASTRO,<br><br>                   Petitioner,<br>    v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>                   Respondents. | Case No. 2:16-cv-01237-MMD-GWF<br><br>ORDER |

      Petitioner Martin Salazar Castro's *pro se* 28 U.S.C. § 2254 habeas corpus petition is briefed and ready for final disposition on the merits (*see* ECF Nos. 7, 32). Castro filed a motion for appointment of counsel on August 26, 2019 (ECF No. 35). Castro argues that an attorney would assist him in presenting the issues, that the inmate who previously assisted him is no longer available, and that he only has an eighth-grade education. However, as noted, briefing has concluded in this case. There is no basis to appoint counsel at this late stage of litigation. Accordingly, the motion for counsel is denied.

      It is therefore ordered that petitioner's motion for appointment of counsel (ECF No. 35) is denied.

      DATED THIS 10th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE